NUMBER 13-04-116-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
JUAN MARTIN SANCHEZ,                                                 Appellant,

v.

ATLAS CREDIT COMPANY, INC.,                                        Appellee.
________________________________________________________

On appeal from the 404th District Court
of Cameron County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, JUAN MARTIN SANCHEZ, perfected an appeal from an order entered
by the 404th District Court of Cameron County, Texas, in cause number 2004-01-263-G. After the notice of appeal was filed, appellant filed a motion to dismiss the
appeal. In the motion, appellant states that the temporary injunction order from which
this appeal was taken has expired and said issue is now moot. Appellant requests
that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 8th day of April, 2004.